UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

| | |
|---|---|
| JAMES KELLY BURCHAM | CASE NO. 20-10788 |
| TAMMY MARSHBURN BURCHAM | JUDGE BENJAMIN A. KAHN |
| 4645 JORDAN VALLEY ROAD | |
| TRINITY, NC  27370 | |

DEBTORS

SSN(1) XXX-XX-2465    SSN(2) XXX-XX-9865        DATE: 04/29/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $851.43<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 8478<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $441.37<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 1880<br>COMMENT:  HOME DEPOT |
| CW NEXUS CREDIT CARD HOLDINGS 1 LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603 | $1,558.09<br>INT: .00%<br>NAME ID: 163110<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 4925<br>COMMENT:  MERRICK BANK |
| DATAMAX<br>711 COLISEUM PLAZA CT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT: .00%<br>NAME ID: 177817<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2465<br>COMMENT:  OC |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $855.77<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 5905<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $2,163.08<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 6073<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2465<br>COMMENT:  OC |

PAGE 2 - CHAPTER 13 CASE NO. 20-10788

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $1,300.00<br>INT: 5.25%<br>NAME ID: 162216<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 2311<br>COMMENT: 97JEEP |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $5,950.63<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0005 | | (U) UNSECURED<br><br>ACCT: 2311<br>COMMENT: SPLIT |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $1,369.61<br>INT: .00%<br>NAME ID: 183495<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 2403<br>COMMENT: FINGERHUT,421TFCL |
| RANDOLPH COUNTY TAX<br>1725 MCDOWELL RD<br>ASHEBORO, NC  27203-7370 | $0.00<br>INT: .00%<br>NAME ID: 158736<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| SOCIAL SECURITY ADMINISTRATION<br>SOUTHEASTERN PROGRAM SVC CTR<br>1200 8TH AVE NORTH<br>BIRMINGHAM, AL  35285 | $0.00<br>INT: .00%<br>NAME ID: 68022<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STERN & ASSOCIATES<br>P O BOX 14899<br>GREENSBORO, NC  27415 | $0.00<br>INT: .00%<br>NAME ID: 146724<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STONEBERRY<br>% CREDITORS BANKRUPTCY SERVICES<br>P O BOX 800849<br>DALLAS, TX  75380 | $497.15<br>INT: .00%<br>NAME ID: 151969<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 7C2G<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>P O BOX 751727<br>CHARLOTTE, NC  28275 | $9,567.34<br>INT: .00%<br>NAME ID: 150660<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 2465<br>COMMENT: |
| **TOTAL:** | **$24,554.47** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/29/2021                                           OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
Attorney for Debtors - Electronic Notice